UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAUREEN ROBERTS and CHANEL JONES, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SSM HEALTH CARE ST. LOUIS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Case No. 4:13 CV 1849 CDP ) ) ) ) ) |

**MEMORANDUM AND ORDER**

This newly-filed case is before me on defendant's motion for leave to file documents under seal. This Fair Labor Standards Act case was settled before it was even filed. However, because it involves FLSA collective and class claims, the settlement requires final approval by the Court. Defendant wants to file the joint motion for certification of FLSA collective action and for certification of Rule 23 class for settlement purposes, the proposed preliminary approval of class settlement agreement, the proposed notice to the class members, and the class action settlement agreement and accompanying exhibits under seal. While I will allow the settlement agreement and any confidential exhibits to be filed under seal, I cannot allow the motions and proposed orders to be filed under seal. The parties will be asking the Court to sign the proposed approval and send out notice to class members, which means the documents will be part of the public file. Therefore, it makes no sense why these documents should be filed under seal. I have had many of these cases before, and the parties have always filed their motions and proposed orders as part of the public record, even if the settlement agreement and confidential exhibits

were filed under seal. I am confident that counsel can work together in this case to do the same here.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to file documents under seal [#4] is granted only as follows: the parties may file their settlement agreement and any accompanying confidential exhibits under seal. The motion is denied in all other respects.

**IT IS FURTHER ORDERED** that, as this Court has been advised that this action is settled, no later than **October 21, 2013**, the parties shall file any motions and proposed Orders for the Court's consideration regarding the final disposition of this matter.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of September, 2013.