UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAUREEN ROBERTS and CHANEL JONES, individually and on behalf of others similarly situated, </br></br>      Plaintiffs, </br></br>vs. </br></br>SSM HEALTH CARE ST. LOUIS, </br></br>      Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. 4:13 CV 1849 CDP |

**MEMORANDUM AND ORDER**

      This matter is before me on the joint motion to certify class, for preliminary approval of class action settlement agreement, and for approval of notice to the respective class members. I have no problems with the proposed order; however, the parties have failed to suggest proposed dates for the final approval hearing and for mailing notice to class counsel.

      Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall, within five (5) days of the date of this Memorandum and Order, file a joint Memorandum providing proposed dates for the final approval hearing and for mailing notice to class counsel.

                                                                 _____
                                                                 CATHERINE D. PERRY
                                                                 UNITED STATES DISTRICT JUDGE

Dated this 1st day of October, 2013.