UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAUREEN ROBERTS and <br> CHANEL JONES, individually <br> and on behalf of others similarly <br> situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SSM HEALTH CARE ST. LOUIS, <br><br> Defendant. | Case No. 4:13 CV 1849 CDP |

## MEMORANDUM AND ORDER

This matter is before me on the joint motion to certify class, for preliminary approval of class action settlement agreement, and for approval of notice to the respective class members. I have no problems with the proposed order; however, the parties have failed to suggest proposed dates for the final approval hearing and for mailing notice to class counsel.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall, within five (5) days of the date of this Memorandum and Order, file a joint Memorandum providing proposed dates for the final approval hearing and for mailing notice to class counsel.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of October, 2013.