UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MAUREEN ROBERTS and CHANEL JONES, individually and on behalf of others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:13 CV 1849 CDP |
| SSM HEALTH CARE ST. LOUIS, | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

I have reviewed the joint memorandum submitted by the parties in response to my Order dated October 1, 2013. I will adopt the proposed dates suggested by counsel and set the final approval hearing for **Monday, December 9, 2013 at 10:00 a.m. in Courtroom 14-South** I would like the parties to file final versions of the Proposed Order and respective notices with the suggested dates and the final hearing date inserted.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall comply with the provisions of this Memorandum and Order within five days.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of October, 2013.