UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAUREEN ROBERTS and CHANEL JONES, individually and on behalf of others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 4:13 CV 1849 CDP<br>) |
| SSM HEALTH CARE ST. LOUIS, | )<br>) |
| Defendant. | ) |

## MEMORANDUM

On November 27, 2013, counsel contacted the Clerk's Office seeking clarification of my November 26, 2013 Order requesting the parties file motions for approval of the class and collective action settlement and the proposed Order granting the requested relief. Although the parties previously filed a joint motion for preliminary approval, which I granted, the parties need to file appropriate motions for final approval and a proposed final order. The motion should include, at the least, the basis for my approving the settlement of both the collective and class actions and should contain all the information necessary for me to approve the settlement. The proposed Order should contain all the findings required for me to approve the settlement under applicable law.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this day 2nd of December, 2013.